Decided January 5, 2010

ERIC ALVAREZ *v.* COMMISSIONER OF CORRECTION

The petitioner Eric Alvarez' petition for certification for appeal from the Appellate Court, 118 Conn. App. 902 (AC 29476), is denied.

*Mary Boehlert,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided January 5, 2010

MATTHEW ABRAHAM *v.* COMMISSIONER OF CORRECTION

The petitioner Matthew Abraham's petition for certification for appeal from the Appellate Court, 118 Conn. App. 901 (AC 29652), is denied.

*Kevin E. Dehghani,* special public defender, in support of the petition.

*Sarah Hanna,* deputy assistant state's attorney, in opposition.

Decided January 5, 2010